JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

OCT -5 1989

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 814

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ARACHNID, INC., ELECTRONIC DART GAMES TRADEMARK, PATENT & ANTITRUST LITIGATION

Arachnid, Inc. v. Merit Industries, Inc., et al., N.D. Illinois, C.A. No. 88-C-20367
Arachnid, Inc. v. Medalist Marketing Corp., et al., W.D. Washington, C.A. No. C-89-204-JCC

ORDER DENYING TRANSFER

This litigation consists of two actions pending in two federal districts: one action each in the Northern District of Illinois and Western District of Washington. Before the Panel is a motion by Arachnid, Inc., the sole plaintiff in both actions, to transfer the Washington action under 28 U.S.C. §1407 to the Northern District of Illinois for coordinated or consolidated pretrial proceedings with the action pending there. Defendants in both actions oppose the motion.

On the basis of the papers filed and the hearing held, we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of this litigation. Given the minimal number of actions before us, movant has failed to persuade us that any common questions of fact are sufficiently complex, and that the accompanying discovery will be so time-consuming, to justify Section 1407 transfer. See In re Scotch Whiskey Antitrust Litigation, 299 F.Supp. 543, 544 (J.P.M.L. 1969). We point out that suitable alternatives to transfer exist in order to minimize the possibility of duplicative discovery and/or conflicting pretrial rulings. See, e.g., In re Eli Lilly and Company (Cephalexin Monohydrate) Patent Litigation, 446 F.Supp. 242, 244 (J.P.M.L. 1978). See also Manual for Complex Litigation, Second, §31.13 (1985).

IT IS THEREFORE ORDERED that the motion for transfer embracing the above-captioned actions pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman